IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY LEE SPENCER,

  Petitioner,

   v.

DOUG WILLIAMS,

  Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-1653-TWT

**ORDER**

    This is a pro se habeas corpus petition. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss the Petition as Untimely. In his Objections to the Report and Recommendation, the Petitioner claims that the Respondent and the Magistrate Judge are mistaken in saying that he filed his state court habeas corpus action on November 23, 2011. The Petitioner claims that he filed the state court habeas corpus action on March 25, 2011. He attaches a page from the state court judge's order confirming the March 25, 2011 filing date. The Respondent has 14 days from the date of this Order to file a response to the Petitioner's Objections.

T:\ORDERS\16\Spencer\r&r.wpd

SO ORDERED, this 24 day of October, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge