IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY LEE SPENCER,

    Petitioner,

      v.

DOUG WILLIAMS,

    Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-1653-TWT

**ORDER**

This is a pro se habeas corpus petition. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending denying the Petition. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 27 day of February, 2018.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge